June 01, 2007

Mr. Daniel Nesbitt MacLemore IV
Fulbright Winniford, P.C.
P. O. Box 445
Waco, TX 76703
Mr. Rod S. Squires
Williams Squires Wren Brown & Gilliland, L.L.P.
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710

RE: Case Number: 05-0108
 Court of Appeals Number: 10-02-00326-CV
 Trial Court Number: 99-609-3

Style: DAUGHTERS OF CHARITY HEALTH SERVICES OF WACO, A TEXAS
 CORPORATION D/B/A PROVIDENCE HEALTH CENTER
 v.
 DONALD LINNSTAEDTER AND KENNETH BOLEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri Roessler |
| |Mr. Joe Johnson |
| |Mr. Thomas B. Hudson Jr. |
| |The Honorable Thomas W. |
| |Gray |
| |Mr. P. M. Schenkkan |